UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL R. ROBINSON, | Case No. 1:09-cv-564 |
| Plaintiff, | Chief Judge Paul L. Maloney |
| v. | Magistrate Judge Joseph G. Scoville |
| STATE OF MICHIGAN *et al.*, | |
| Defendants. | |

## JUDGMENT

**Judgment is entered in favor of the defendants** and against the plaintiff.

The complaint is **DISMISSED**.

Until further notice, plaintiff is enjoined from filing any complaints in this court.

Until further notice, plaintiff is enjoined from amending, or seeking to amend, the complaints pending in this case or in Case Nos. 2009-cv-405-GJQ and 2009-cv-406-PLM.

This is a final order.

**IT IS SO ORDERED** on this 16th day of September 2009.

/s/ Paul L. Maloney
Hon. Paul L. Maloney
Chief United States District Judge